In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-111 CV


____________________



LUNAREYE, INC., Appellant



V.



BP AMERICA PRODUCTION COMPANY AND BP AMERICA, INC., Appellees






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. 68955






 MEMORANDUM OPINION 


 The appellant, LunarEye, Inc., filed a motion to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice



Opinion Delivered May 25, 2006 

Before McKeithen, C.J., Gaultney and Kreger, JJ.